No. 72. MOLLIE S. BATTLE, PLAINTIFF IN ERROR, v. ROBERT G. ATKINSON. In error to the Circuit Court of the United States for the Eastern District of Arkansas. Argued for plaintiff in error November 11, 1903. Decided November 16, 1903. *Per Curiam.* Decree affirmed with costs. *Willis* v. *Eastern Trust and Banking Company,* 167 U. S. 76; *Harris* v. *Barber,* 129 U. S. 366; *McClung* v. *Penny,* 189 U. S. 143. *Mr. John M. Taylor* for plaintiff in error. No appearance for defendant in error.

No. —. Original. *Ex parte.* IN THE MATTER OF THE JOHNSTOWN MINING COMPANY, PETITIONER. December 7, 1903. Motion for leave to file petition for a writ of certiorari denied. *Mr. Robert B. Smith, Mr. Frederick W. Whitridge, Mr. Willard Parker Butler, Mr. Edwin T. Rice* and *Mr. Sanford Robinson* for petitioner in support of motion. *Mr. James M. Beck* and *Mr. John A. Garver* opposing.